**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1870**

EMMANUEL DJOKOU,

          Petitioner,

     v.

ERIC H. HOLDER, JR., Attorney General,

          Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: April 21, 2009          Decided: May 27, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Irena I. Karpinski, LAW OFFICES OF IRENA I. KARPINSKI, Washington, D.C., for Petitioner. Gregory G. Katsas, Assistant Attorney General, M. Jocelyn Lopez Wright, Senior Litigation Counsel, Jessica Segall, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Djokou, a native and citizen of Cameroon, seeks review of an order of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's decision denying his application for a waiver under 8 U.S.C. § 1186a(c)(4) (2006), and finding him ineligible for voluntary departure. We have reviewed the administrative record and conclude that we are without jurisdiction to review those determinations. See 8 U.S.C. § 1252(a)(2)(B)(i), (ii) (2006); Suvorov v. Gonzales, 441 F.3d 618, 621-22 (8th Cir. 2006); Ngarurih v. Ashcroft, 371 F.3d 182, 193 (4th Cir. 2004). Though Djokou raises a claim that he was denied due process in the hearing regarding the waiver, we note that such a claim is not cognizable given that "[n]o property or liberty interest can exist when the relief sought is discretionary." Dekoladenu v. Gonzales, 459 F.3d 500, 508 (4th Cir. 2006), cert. denied, 128 S. Ct. 2986 (2008).

We accordingly dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED

2